# EXHIBIT B



uspto UNITED STATES PATENT AND TRADEMARK OFFICE
About Us Careers Contact Us
Patents | Trademarks | Learning and Resources
USPTO > Trademark > TSDR > Trademark Search
TSDR FAQ'S

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

Notice: some customers may see an incorrect country or state listed in the "Current Owner(s) Information" section of the TSDR status tab. This is only a display issue, and the underlying data has not been changed. We are working to resolve this issue so the correct information will be displayed in the status tab.

## Trademark Status & Document Retrieval (TSDR)

SEARCH | MULTI-SEARCH

US Serial, Registration, or Reference No. 77795968 Status Documents

Status results found

STATUS | DOCUMENTS | MAINTENANCE | Download | Print Preview

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2024-02-26 17:01:23 EST | | |
| **Mark:** | SCRIBD | | |
| | SCRIBD | | |
| **US Serial Number:** | 77795968 | **Application Filing Date:** | Aug. 03, 2009 |
| **US Registration Number:** | 3777227 | **Registration Date:** | Apr. 20, 2010 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | The registration has been renewed. | | |
| **Status Date:** | May 12, 2020 | | |
| **Publication Date:** | Feb. 02, 2010 | | |

### Mark Information

Expand All

| | |
|---|---|
| **Mark Literal Elements:** | SCRIBD |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

### Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | computer software for sharing electronic documents via electronic, optical and wireless networks | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 10, 2009 | **Use in Commerce:** | Jan. 13, 2009 |

| | | | |
|---|---|---|---|
| **For:** | On-line retail store services in the nature of an online marketplace featuring documents of others ranging across a wide field of topics for viewing, downloading and printing | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Mar. 06, 2007 | **Use in Commerce:** | Mar. 06, 2007 |

| | | | |
|---|---|---|---|
| **For:** | Transmission of data or documents via electronic, optical and wireless networks; providing [ on-line chat rooms and ] electronic bulletin boards for transmission of messages among users in the field of general interest | | |
| **International Class(es):** | 038 - Primary Class | **U.S Class(es):** | 100, 101, 104 |
| **Class Status:** | ACTIVE | | |

| Class Status: | ACTIVE | | |
|---|---|---|---|
| First Use: | Mar. 06, 2007 | Use in Commerce: | Mar. 06, 2007 |

| | | | |
|---|---|---|---|
| For: | Transmission of data or documents via electronic, optical and wireless networks; providing [ on-line chat rooms and ] electronic bulletin boards for transmission of messages among users in the field of general interest | | |
| International Class(es): | 038 - Primary Class | U.S Class(es): | 100, 101, 104 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Mar. 06, 2007 | Use in Commerce: | Mar. 06, 2007 |

| | | | |
|---|---|---|---|
| For: | Providing temporary use of non-downloadable computer software for sharing, viewing, electronically transmitting, searching, browsing, sharing, tagging, rating, downloading and flagging electronic documents via electronic, optical and wireless networks; providing computer website services, namely, interactive hosting services which allow a user to publish and share their own content and images on-line featuring user-uploaded electronic documents | | |
| International Class(es): | 042 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Mar. 06, 2007 | Use in Commerce: | Mar. 06, 2007 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |
| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Scribd, Inc. |
| Owner Address: | 460 Bryant Street, Suite 100<br>San Francisco, CALIFORNIA UNITED STATES 94107 |
| Legal Entity Type: | CORPORATION |
| State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | John M. Kim | | |
| Attorney Primary Email Address: | trademarks@ipla.com | Attorney Email Authorized: | Yes |

### Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | John M. Kim<br>IPLA, LLP<br>4445 Eastgate Mall<br>Suite 200<br>San Diego, CALIFORNIA UNITED STATES 92121 | | |
| Phone: | 858-272-0220 | Fax: | 858-272-0221 |
| Correspondent e-mail: | trademarks@ipla.com | Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 30, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 30, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 12, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| May 12, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| May 12, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| May 12, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Mar. 05, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 06, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Aug. 06, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |

| May 12, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED |
| May 12, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Mar. 05, 2020 | TEAS SECTION 8 & 9 RECEIVED |
| Aug. 06, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Aug. 06, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 06, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 06, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 20, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Apr. 10, 2019 | REVIEW OF CORRESPONDENCE COMPLETE - POWER OF ATTORNEY ENTERED |
| Apr. 04, 2019 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS |
| Nov. 15, 2017 | NOTICE OF SUIT |
| Feb. 18, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Feb. 18, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Feb. 18, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Dec. 10, 2015 | TEAS SECTION 8 & 15 RECEIVED |
| Apr. 20, 2010 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 02, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Feb. 02, 2010 | PUBLISHED FOR OPPOSITION |
| Dec. 30, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Dec. 30, 2009 | ASSIGNED TO LIE |
| Dec. 11, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 11, 2009 | EXAMINER'S AMENDMENT ENTERED |
| Dec. 11, 2009 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Dec. 11, 2009 | EXAMINERS AMENDMENT E-MAILED |
| Dec. 11, 2009 | EXAMINERS AMENDMENT -WRITTEN |
| Nov. 05, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 05, 2009 | NON-FINAL ACTION E-MAILED |
| Nov. 05, 2009 | NON-FINAL ACTION WRITTEN |
| Nov. 05, 2009 | ASSIGNED TO EXAMINER |
| Aug. 07, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 06, 2009 | NEW APPLICATION ENTERED |

▼ **TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | May 12, 2020 |

▼ **Assignment Abstract Of Title Information - None recorded**

▼ **Proceedings - None recorded**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



**UNITED STATES
PATENT AND TRADEMARK OFFICE**

| BROWSE BY TOPIC | ABOUT THIS SITE | USPTO BACKGROUND | FEDERAL GOVERNMENT |
|---|---|---|---|
| Patents | Accessibility | Federal Activity Inventory Reform Act (FAIR) | Regulations.gov |
| Trademarks | Privacy Policy | | StopFakes.gov |
| Learning & Resources | Terms of Use | USPTO Budget and Performance | USA.gov |
| About the USPTO | Security | | Department of Commerce |
| Glossary | Systems Status | Freedom of Information Act | Strategy Targeting Organized Piracy |
| Careers | Site Map | | |

| Aug. 06, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Aug. 06, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 06, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 06, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 20, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED |
| Apr. 10, 2019 | REVIEW OF CORRESPONDENCE COMPLETE - POWER OF ATTORNEY ENTERED |
| Apr. 04, 2019 | TEAS WITHDRAWAL OF ATTORNEY RECEIVED-FIRM RETAINS |
| Nov. 15, 2017 | NOTICE OF SUIT |
| Feb. 18, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Feb. 18, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Feb. 18, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Dec. 10, 2015 | TEAS SECTION 8 & 15 RECEIVED |
| Apr. 20, 2010 | REGISTERED-PRINCIPAL REGISTER |
| Feb. 02, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Feb. 02, 2010 | PUBLISHED FOR OPPOSITION |
| Dec. 30, 2009 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Dec. 30, 2009 | ASSIGNED TO LIE |
| Dec. 11, 2009 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Dec. 11, 2009 | EXAMINER'S AMENDMENT ENTERED |
| Dec. 11, 2009 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Dec. 11, 2009 | EXAMINERS AMENDMENT E-MAILED |
| Dec. 11, 2009 | EXAMINERS AMENDMENT -WRITTEN |
| Nov. 05, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Nov. 05, 2009 | NON-FINAL ACTION E-MAILED |
| Nov. 05, 2009 | NON-FINAL ACTION WRITTEN |
| Nov. 05, 2009 | ASSIGNED TO EXAMINER |
| Aug. 07, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Aug. 06, 2009 | NEW APPLICATION ENTERED |

**▼ TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| Current Location: | GENERIC WEB UPDATE | Date in Location: | May 12, 2020 |

**▼ Assignment Abstract Of Title Information - None recorded**

**▼ Proceedings - None recorded**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center



**UNITED STATES PATENT AND TRADEMARK OFFICE**

**BROWSE BY TOPIC**
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Careers
Contact Us

**ABOUT THIS SITE**
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

**USPTO BACKGROUND**
Federal Activity
Inventory Reform Act (FAIR)
USPTO Budget and Performance
Freedom of Information Act
Information Quality Guidelines

**FEDERAL GOVERNMENT**
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy



**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

Notice: some customers may see an incorrect country or state listed in the "Current Owner(s) Information" section of the TSDR status tab. This is only a display issue, and the underlying data has not been changed. We are working to resolve this issue so the correct information will be displayed in the status tab.

## Trademark Status & Document Retrieval (TSDR)

SEARCH | MULTI-SEARCH

US Serial, Registration, or Reference No. 5898302 Status Documents

Status results found

STATUS | DOCUMENTS | MAINTENANCE | Download | Print Preview

**Generated on:** This page was generated by TSDR on 2024-02-26 17:03:25 EST

**Mark:** SCRIBD

SCRIBD

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88025203 | **Application Filing Date:** | Jul. 03, 2018 |
| **US Registration Number:** | 5898302 | **Registration Date:** | Oct. 29, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |

**Register:** Principal

**Mark Type:** Trademark, Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Oct. 29, 2019

**Publication Date:** Mar. 05, 2019 **Notice of Allowance Date:** Apr. 30, 2019

## Mark Information

Expand All

**Mark Literal Elements:** SCRIBD

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**International Registration Number:** 1422028, 1491187

**International Application(s) /Registration(s) Based on this Property:** A0077345/1422028, A0088372/1491187

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Mobile software application and downloadable software for purchasing, accessing, viewing and streaming audiobooks via the internet and global communications networks; mobile software application and downloadable software for purchasing, accessing and viewing books, magazines, news reports, documents and sheet music via the internet and global communications networks; computer software for creating and providing user access to searchable databases of information and data; computer software for wireless content delivery

**International Class(es):** 009 - Primary Class **U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Oct. 2013 **Use in Commerce:** Oct. 2013

**For:** On-line services of arranging of subscriptions for the entertainment and educational publications of others, namely, subscriptions to books, audiobooks, magazines, news reports, documents and sheet music; subscription-based order fulfillment services in the fields of

for creating and providing user access to searchable databases of information and data; computer software for wireless content delivery

| | | | |
|---|---|---|---|
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 2013 | **Use in Commerce:** | Oct. 2013 |

| | |
|---|---|
| **For:** | On-line services of arranging of subscriptions for the entertainment and educational publications of others, namely, subscriptions to books, audiobooks, magazines, news reports, documents and sheet music; subscription-based order fulfillment services in the fields of books, audiobooks, magazines, news reports, documents and sheet music |

| | | | |
|---|---|---|---|
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 2013 | **Use in Commerce:** | Oct. 2013 |

| | |
|---|---|
| **For:** | Providing temporary use of non-downloadable computer software for purchasing, accessing, viewing and streaming audiobooks via the internet and global communications networks; providing temporary use of non-downloadable computer software for purchasing, accessing, and viewing books, magazines, news reports, documents and sheet music via the internet and global communications networks; providing temporary use of non-downloadable computer software for providing user access to searchable databases of information and data; providing temporary use of non-downloadable computer software for wireless content delivery |

| | | | |
|---|---|---|---|
| **International Class(es):** | 042 - Primary Class | **U.S Class(es):** | 100, 101 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Oct. 2013 | **Use in Commerce:** | Oct. 2013 |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

### Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Scribd, Inc. |
| **Owner Address:** | 460 Bryant Street, Suite 100<br>San Francisco, CALIFORNIA UNITED STATES 94107 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | DELAWARE |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | John M. Kim | | |
| **Attorney Primary Email Address:** | trademarks@ipla.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | John M. Kim<br>IPLA, LLP<br>4445 Eastgate Mall<br>Suite 200<br>San Diego, CALIFORNIA UNITED STATES 92121 | | |
| **Phone:** | 858-272-0220 | **Fax:** | 858-272-0221 |
| **Correspondent e-mail:** | trademarks@ipla.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 30, 2020 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jun. 30, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jun. 30, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 29, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Sep. 25, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Sep. 24, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Sep. 17, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Sep. 17, 2019 | NON-FINAL ACTION E-MAILED | |
| Sep. 17, 2019 | SU - NON-FINAL ACTION - WRITTEN | |

| Date | Action |
|---|---|
| Jun. 30, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Oct. 29, 2019 | REGISTERED-PRINCIPAL REGISTER |
| Sep. 25, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED |
| Sep. 24, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED |
| Sep. 17, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Sep. 17, 2019 | NON-FINAL ACTION E-MAILED |
| Sep. 17, 2019 | SU - NON-FINAL ACTION - WRITTEN |
| Sep. 12, 2019 | STATEMENT OF USE PROCESSING COMPLETE |
| Aug. 14, 2019 | USE AMENDMENT FILED |
| Sep. 12, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL |
| Aug. 14, 2019 | TEAS STATEMENT OF USE RECEIVED |
| Aug. 06, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Aug. 06, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Aug. 06, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Aug. 06, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Apr. 30, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT |
| Mar. 05, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Mar. 05, 2019 | PUBLISHED FOR OPPOSITION |
| Feb. 13, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Jan. 25, 2019 | ASSIGNED TO LIE |
| Jan. 11, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 10, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jan. 09, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jan. 09, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Oct. 30, 2018 | NOTIFICATION OF NON-FINAL ACTION E-MAILED |
| Oct. 30, 2018 | NON-FINAL ACTION E-MAILED |
| Oct. 30, 2018 | NON-FINAL ACTION WRITTEN |
| Oct. 23, 2018 | ASSIGNED TO EXAMINER |
| Jul. 10, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Jul. 06, 2018 | NEW APPLICATION ENTERED |

**TM Staff and Location Information**

**TM Staff Information - None**

**File Location**

| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Sep. 24, 2019 |
|---|---|---|---|

**Assignment Abstract Of Title Information - None recorded**

**Proceedings - None recorded**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**BROWSE BY TOPIC**
Patents
Trademarks
Learning & Resources
About the USPTO
Glossary
Careers
Contact Us

**ABOUT THIS SITE**
Accessibility
Privacy Policy
Terms of Use
Security
Systems Status
Site Map

**USPTO BACKGROUND**
Federal Activity Inventory Reform Act (FAIR)
USPTO Budget and Performance
Freedom of Information Act
Information Quality Guidelines

**FEDERAL GOVERNMENT**
Regulations.gov
StopFakes.gov
USA.gov
Department of Commerce
Strategy Targeting Organized Piracy