KXT LAW, LLP
Karineh Khachatourian (SBN 202634)
karinehk@kxtlaw.com
Rachael C. Chan (SBN 265002)
rachael@kxtlaw.com
Oren J. Torten (SBN 332720)
oren@kxtlaw.com
1775 Woodside Road, Suite 204
Redwood City, California 94061
Telephone: 650-239-0420
Facsimile: 650-249-5013

Attorneys for Plaintiff,
Scribd, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Scribd, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DOES 1 through 50, <br><br> Defendant. | Case No. 4:24-cv-01160-JSW <br><br> **ORDER GRANTING IN PART PLAINTIFF'S *EX-PARTE* APPLICATION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENAS PRIOR TO A RULE 26(f) CONFERENCE** |

The Court, having considered Plaintiff's *Ex-Parte* Application and the pleadings on file in this action, and good cause appearing therefore, hereby Grants the Application in part. The Court finds Plaintiff has met its burden to show discovery into Defendants' identity is warranted and GRANTS the application to permit a subpoena seeking documents identified in Request for Production 1.

However, the Court DENIES the application to the extent it seeks financial payment information in Request for Production 2. If the initial subpoenas authorized by this Order do not produce information sufficient to identify the Defendants, Plaintiff may renew its request, supported by further authority authorizing production of such information. Plaintiff should also indicate whether it would be willing to abide by a protective order covering such financial information.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
Honorable Jeffrey Steven White
United States District Judge